Argued and submitted December 5, affirmed December 27, 2000

In the Matter of James Richard Sullivan,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JAMES RICHARD SULLIVAN,
*Appellant.*

(9903 63020; CA A106222)

15 P3d 1263

Susan D. Isaacs argued the cause and filed the brief for appellant.

Denise Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Wollheim, Judge, and Lipscomb, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Buffum,* 166 Or App 552, 999 P2d 541, *rev allowed* 331 Or 361 (2000).